**REED SMITH LLP**
*Formed in the State of Delaware*
Diane A. Bettino, Esq.
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, New Jersey 08540
Tel. (609) 514-5951
Fax (609) 951-0824

Attorneys for Defendants
Qinetiq North America Operations, LLC,
Qinetiq North America, Inc. and
Westar Aerospace & Defense Group, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEXANDER L. MENKES and STEPHEN J. WOLFE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation, QINETIC NORTH AMERICA OPERATIONS, LLC, a Delaware corporation, QINETIC NORTH AMERICA, INC., a Delaware corporation, WESTAR AEROSPACE & DEFENSE GROUP, INC.,<br><br>Defendants. | Civil Action No. 2:12-cv-02880-SDW-MCA<br><br>**NOTICE OF MOTION TO DISMISS** |

To:   Andrew P. Bell, Esq.
      Michael A. Galpern, Esq.
      Locks Law Firm LLC
      457 Haddonfield Road, Suite 500
      Cherry Hill, New Jersey 08002
      *Attorneys for Plaintiffs*

Robin H. Romse, Esq.
Kristine V. Ryan, Esq.
Melissa Anne Herbert, Esq.
Nukk-Freeman & Cerra P.C.
636 Morris Turnpike, Suite 2F
Short Hills, NJ 07078
*Attorneys for Defendant*
*The Prudential Insurance Co. of America*

**PLEASE TAKE NOTICE** that on August 20, 2012, or as soon thereafter as counsel may be heard, counsel for Defendants Qinetiq North America Operations, LLC, Qinetiq North America, Inc. and Westar Aerospace & Defense Group, Inc., shall move before the Honorable Susan D. Wigenton, U.S.D.J., at the Federal District Court for the District of New Jersey located at Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order to Dismiss Plaintiffs' Complaint with prejudice.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendants shall rely on its Memorandum of Law and Certification of Tod Collier submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that Defendants respectfully requests oral argument if this Motion is opposed.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order granting Defendants' Motion to Dismiss Plaintiffs' Complaint with prejudice is enclosed herewith.

/s/ Diane A. Bettino
Diane A. Bettino

Dated: July 23, 2012