UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 13-1408
_____

ALEXANDER L. MENKES; STEPHEN WOLFE,
individually and on behalf of all others similarly situated

Appellants

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA, a New Jersey corporation;
QINETIQ NORTH AMERICA OPERATIONS, LLC, a Delaware corporation;
QINETIQ NORTH AMERICA, INC., a Delaware corporation;
WESTAR AEROSPACE & DEFENSE GROUP, INC, a Nevada corporation;
DOES 1-100, presently known individuals, partnerships, companies
and/or other entities, inclusive
_____

On Appeal from the United States District Court
for the District of New Jersey
(No. 2-12-cv-02880)
District Judge:  Hon. Susan D. Wigenton
_____

Argued:  December 10, 2013

Before:  McKEE, Chief Judge, FUENTES, and CHAGARES, Circuit Judges.
_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was argued on December 10, 2013.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the order of the District Court entered January 29, 2013, be and the same is

hereby AFFIRMED.  Costs to be taxed against the appellants.  All of the above in accordance with the opinion of this Court.

          ATTEST:

          <u>s/ Marcia M. Waldron</u>
          Clerk

DATED: August 6, 2014